No. 904. ELRICK RIM CO. *v.* READING TIRE MACHINERY CO., INC., ET AL. Motion by respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Jack E. Hursh* for petitioner. *Albert M. Herzig* for respondents. 

No. 808, Misc. PLACE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph Calderon* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. 

No. 822, Misc. YATES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 829, Misc. SPELLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bernard A. Golding* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States. 

No. 857, Misc. BLACK *v.* CITY NATIONAL BANK & TRUST COMPANY OF KANSAS CITY, EXECUTOR. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se.* *Kenneth E. Arnold* for respondent. 

No. 863, Misc. LEE *v.* LANGLOIS, ACTING WARDEN. Supreme Court of Rhode Island. Certiorari denied.

No. 865, Misc. COUNTS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.